**08 CV 01234**

*JUDGE LEISURE*

Matthew S. Schultz (MSS 1518)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*RECEIVED FEB 06 2008 U.S.D.C. S.D.N.Y.*

| | |
|---|---|
| JOSE A. MENDEZ<br><br>Plaintiff,<br><br>v.<br><br>MILBANK 2723 WEBB, LLC, MILBANK VENTURES, INC. AND TGY REALTY, LLC<br><br>Defendants. | Civil Action No. _____<br><br>(HONORABLE _____)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Upon information and belief, defendant, Milbank 2723 Webb, LLC, is a privately owned entity. Upon information and belief, defendant Milbank Ventures, Inc. is a privately owned entity. Further upon information and belief, no other publicly held corporation owns 10% or more of the stock of either defendant.

_____
Matthew S. Schultz (MS1518)
CONNELL FOLEY LLP
Attorneys for Defendants,
Milbank 2723 Webb, LLC and Milbank
Ventures, Inc.
888 7th Avenue
New York, New York 10106
(212) 262-2390

Dated: February 5, 2008

1915254-01
04191/075661