Matthew S. Schultz (MSS 1518)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE A. MENDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>MILBANK 2723 WEBB, LLC, MILBANK VENTURES, INC. AND TGY REALTY, LLC,<br><br>  Defendants. | Civil Action No. 08 CV 01234<br>ECF Case<br><br>**ANSWER TO VERIFIED COMPLAINT, AFFIRMATIVE DEFENSES, AND DEMAND FOR TRIAL BY JURY** |

Defendants, Milbank 2723 Webb, LLC, a Delaware limited liability company with its principal place of business located in Los Angeles, California, and Milbank Ventures, Inc., a Delaware corporation with its principal place of business located in Los Angeles, California, (collectively "Defendants") by way of answer to the Verified Complaint filed by plaintiff, hereby say:

1.  Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 1 of the Verified Complaint.

2.  Defendants deny the allegations set forth in Paragraph 2 of the Verified Complaint.

1915125-01
04191/075661

3. Defendants deny the allegations set forth in Paragraph 3 of the Verified Complaint. Defendant Milbank 2723 Webb, LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Los Angeles, California. Defendant Milbank Ventures, Inc., is a corporation organized under the laws of the State of Delaware, with its principal place of business in Los Angeles, California.

4. Defendants admit the allegations set forth in Paragraph 4 of the Verified Complaint.

5. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 5 of the Verified Complaint.

6. Defendants deny the allegations set forth in Paragraph 6 of the Verified Complaint.

7. Defendants admit the allegations set forth in Paragraph 7 of the Verified Complaint. Defendant Milbank Ventures, Inc., is a corporation organized under the laws of the State of Delaware, with its principal place of business in Los Angeles, California.

8. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 8 of the Verified Complaint.

9. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 9 of the Verified Complaint.

10. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 10 of the Verified Complaint.

11. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 11 of the Verified Complaint.

12. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 12 of the Verified Complaint.

13. Defendants are without knowledge sufficient to admit or deny the allegations set forth in Paragraph 13 of the Verified Complaint.

14. Defendants deny the allegations set forth in Paragraph 14 of the Verified Complaint. By deed dated April 23, 2007, defendant Milbank 2723 Webb LLC took title to premises being known as and by the street number 2723 Webb Avenue, Bronx New York, also identified as Lot 169, Block 3248.

15. Defendants deny the allegations set forth in Paragraph 15 of the Verified Complaint.

16. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 16 of the Verified Complaint.

17. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 17 of the Verified Complaint.

18. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 18 of the Verified Complaint.

19. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 19 of the Verified Complaint.

20. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 20 of the Verified Complaint.

21. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 21 of the Verified Complaint.

22. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 22 of the Verified Complaint.

23. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 23 of the Verified Complaint.

24. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 24 of the Verified Complaint.

25. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 25 of the Verified Complaint.

26. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 26 of the Verified Complaint.

27. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 27 of the Verified Complaint.

28. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 28 of the Verified Complaint.

29. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 29 of the Verified Complaint.

30. Defendants deny the allegations set forth in Paragraph 30 of the Verified Complaint.

31. Defendants deny the allegations set forth in Paragraph 31 of the Verified Complaint.

32. Defendants deny the allegations set forth in Paragraph 32 of the Verified Complaint.

33. Defendants are without knowledge and information sufficient to admit or deny the allegations set forth in Paragraph 33 of the Verified Complaint.

34. Defendants deny the allegations set forth in Paragraph 34 of the Verified Complaint.

35. Defendants deny the allegations set forth in Paragraph 35 of the Verified Complaint.

## SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

Plaintiff(s)' Verified Complaint fails to state a claim upon which relief can be granted.

### SECOND SEPARATE DEFENSE

Plaintiff(s)' Verified Complaint is barred by the applicable statute of limitations.

### THIRD SEPARATE DEFENSE

At the time and place alleged in the Verified Complaint, Defendants violated no legal duty, whether imposed by statute, administrative code or common law, owing to plaintiff(s).

### FOURTH SEPARATE DEFENSE

At the time and place alleged in the Verified Complaint, Defendants were not guilty of any negligence, wrongful act, or default which was a proximate cause of any injury or damages complained of by plaintiff(s).

### FIFTH SEPARATE DEFENSE

The damages alleged by plaintiff(s) were solely and proximately caused by the alleged negligence and/or intentional conduct of third parties over whom Defendants had no direction or control.

### SIXTH SEPARATE DEFENSE

Plaintiff(s)' Verified Complaint, in whole or in part, is barred by the doctrine of comparative negligence.

### SEVENTH SEPARATE DEFENSE

Defendants reserve the right to move to dismiss the Verified Complaint on the grounds that it fails to set forth a cognizable legal cause of action.

### EIGHTH SEPARATE DEFENSE

Defendants reserve the right to move to dismiss the Verified Complaint on the grounds that plaintiff(s) has failed to join a necessary party to the within action and, accordingly, the Court has no jurisdiction to grant the relief asserted by plaintiff(s).

### NINTH SEPARATE DEFENSE

Defendants reserve the right to move to dismiss the Verified Complaint for insufficient process.

### TENTH SEPARATE DEFENSE

That any sums or consideration paid or promised to plaintiff(s) by any person(s) or entity(ies) claimed to be liable for the injuries or damages alleged in the Verified Complaint shall reduce any judgment rendered in favor of plaintiff(s) as against Defendants to the extent of the greater of either the sums or consideration paid or promised to plaintiff(s) or the amount of the released tortfeasor's(s') equitable share(s) or the damages in accordance with General Obligation Law Section 15-108.

### ELEVENTH SEPARATE DEFENSE

That any verdict in the within action for past, present and future medical care, dental care, custodial care or rehabilitation services, loss of earnings or other economic loss, should be

reduced by the amount that any such expense has or will with reasonable certainty be replaced or indemnified in whole or in part from any collateral source, in accordance with the provisions and limitations of Section 4545(c) of the CPLR.

## TWELFTH SEPARATE DEFENSE

The damages allegedly sustained by plaintiff(s), to the extent plaintiff(s) may be able to prove any injuries and/or damages, said damages were proximately caused by intervening and/or superseding acts and/or fault of the plaintiff(s) and/or persons over whom the Defendants had not control or right of control and for whose actions Defendants are not liable.

## THIRTEENTH SEPARATE DEFENSE

The personal injuries alleged to have been sustained by plaintiff(s) were caused in whole or in part as a result of the culpable conduct attributable to plaintiff(s), including, but not limited to, plaintiff(s)' contributory negligence and/or assumption of the risk. Pursuant to Article 14-A of the CPLR, Defendants seeks a reduction of any recovery had by plaintiff(s) in the proportion which the culpable conduct attributable to plaintiff(s) or any co-defendant bears to the culpable conduct which caused the damages.

## FOURTEENTH SEPARATE DEFENSE

Upon information and belief, at the time and place alleged in the Verified Complaint, any damages or injury caused to plaintiff(s) was the result of plaintiff(s)' own unpreventable misconduct.

## FIFTEENTH SEPARATE DEFENSE

To the extent that plaintiff has failed to mitigate, minimize or avoid any damages they allegedly sustained, any recovery against USB must be reduced by that amount.

## SIXTEENTH SEPARATE DEFENSE

Defendants, at the time period alleged in the Complaint, did not control, own, maintain, operate or make special use of the instrumentality, object or portion of the premises which is the subject of this litigation, which plaintiff's claim resulted in the alleged injuries and/or damages complained of in the Complaint.

## SEVENTEENTH SEPARATE DEFENSE

If it is shown that plaintiff was caused to sustain injuries and/or damages as a result of any substance, object or condition, claimed by plaintiff to have caused and/or contributed to the incident upon which the Complaint is based, such substance, object or condition was created, introduced or caused by persons or parties unknown to Defendants and over whom Defendants exercised no authority or control and that Defendants did not have prior notice of the existence of such substance or condition.

## EIGHTEENTH SEPARATE DEFENSE

If plaintiff was caused to sustain injuries and/or damages as a result of any object or condition claimed by plaintiff to have caused and/or contributed to this accident, such object or condition, the existence of which is or may be denied by Defendants was in plain sight, open and obvious, and had plaintiff exercised due care, using sight and senses as a reasonable person, plaintiffs would completely avoided the alleged injuries and/or damages.

## NINETEENTH SEPARATE DEFENSE

USB does not owe a duty of indemnity by way of common law, contract or otherwise, for any of the matters referred to in the Complaint.

## TWENTIETH SEPARATE DEFENSE

The liability of Defendants is limited under the terms of Article 16 of the CPLR.

## TWENTY-FIRST SEPARATE DEFENSE

Defendants reserves the right to amend their Answer to the Verified Complaint to assert such additional defenses, cross-claims or counterclaims as may become apparent during the continuing course of discovery in this matter. In addition, Defendants reserve the right to amend its Answer to assert additional affirmative defenses to the extent that the law of the State of New York changes or develops requiring such amendment.

## CROSS-CLAIM AGAINST CO-DEFENDANTS

Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc., allege that if plaintiff(s) were caused to sustain damages through any carelessness, recklessness or negligence other than plaintiff(s)' own, then said damages arose in whole or in part from the acts or omissions of co-Defendants. If judgment is recovered herein by plaintiff(s) against Defendants, then Milbank 2723 Webb, LLC and Milbank Ventures, Inc., will be damaged and co-Defendants will be bound to indemnify and/or contribute to Defendants in whole or in part by reason of its responsibility for the alleged occurrence.

## ANSWER TO ALL CROSS-CLAIMS

Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc., deny each and every allegation contained in any and all Cross-claims filed or to be filed against them and leaves such cross-claimants to their proofs as to all issues.

## DEMAND FOR TRIAL BY JURY

Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc., hereby demand a trial by jury as to all issues.

                                      CONNELL FOLEY LLP
                                      Attorneys for Defendants,
                                      Milbank 2723 Webb, LLC and Milbank Ventures, Inc.,

                                      By: _____
                                                  Matthew S. Schultz

Dated: February 4, 2008

08 CV 01234

Matthew S. Schultz (MSS 1518)
CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Defendants, Milbank 2723 Webb, LLC and Milbank Ventures, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE A. MENDEZ<br><br>Plaintiff,<br><br>v.<br><br>MILBANK 2723 WEBB, LLC, MILBANK VENTURES, INC. AND TGY REALTY, LLC<br><br>Defendants. | Civil Action No. _____<br><br>(HONORABLE _____)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Upon information and belief, defendant, Milbank 2723 Webb, LLC, is a privately owned entity. Upon information and belief, defendant Milbank Ventures, Inc. is a privately owned entity. Further upon information and belief, no other publicly held corporation owns 10% or more of the stock of either defendant.

_____
Matthew S. Schultz (MS1518)
CONNELL FOLEY LLP
Attorneys for Defendants,
Milbank 2723 Webb, LLC and Milbank
Ventures, Inc.
888 7th Avenue
New York, New York 10106
(212) 262-2390

Dated: February 5, 2008

1915254-01
04191/075661

JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS** Jose A. Mendez

**DEFENDANTS** Milbank 2723 Webb, LLC, Milbank Ventures, Inc. and TGY Realty, LLC

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael A. Ruiz, Esq., 61 Broadway, Suite 2820, New York, NY 10006
(212) 425-2100

**ATTORNEYS (IF KNOWN)**
Matthew S. Schultz, Esq., c/o Connell Foley LLP, 85 Livingston Avenue, Roseland, NJ 07068
(973) 535-0500

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Plaintiff alleges severe personal injuries. Removal from State Court pursuant to 28 U.S.C. Section 1332.

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)  **NATURE OF SUIT**

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [x] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES - OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____  OTHER _____  JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES  [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2a. Removed from State Court<br>☐ 2b. Removed from State Court AND at least one party is a pro se litigant | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☒ 4 DIVERSITY | | CITIZENSHIP BELOW. (28 USC 1332, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☒ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Jose A. Mendez, Bronx County, New York

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Milbank 2723 Webb, LLC and Milbank Ventures, Inc.
660 S. Figueroa Street, 24th Floor
Los Angeles, California 90017

TGY Realty, LLC
36-08 30th Avenue
Astoria, NY 11103

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 2/4/08   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 8   Yr. 2004 )
RECEIPT #   Attorney Bar Code # 1518

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)